LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-01032 BRO (JPRx) | Date | March 6, 2015 |
|---|---|---|---|
| Title | MT. HAWLEY INSURANCE COMPANY V. JAMES RIVER INSURANCE COMPANY | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

A federal court must determine its own jurisdiction even if there is no objection. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339, 342 (9th Cir. 1996). Because federal courts are of limited jurisdiction, they possess original jurisdiction only as authorized by the Constitution and federal statute. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Original jurisdiction may be established pursuant to 28 U.S.C. § 1332(a)(1). Under the complete diversity rule, a plaintiff must meet the diversity statute's requirements with respect to each defendant. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989). A corporation is deemed a citizen of any state in which it is incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(1).

Plaintiff Mt. Hawley Insurance Company ("Plaintiff") initiated this action on February 12, 2015, invoking this Court's diversity jurisdiction. (Compl. ¶ 3.) The Complaint contains insufficient allegations to demonstrate complete diversity of citizenship. Plaintiff alleges that it is an insurance company with its principal place of business in Illinois, (Compl. ¶ 1), but Plaintiff has not alleged its state of incorporation. Accordingly, the Court **ORDERS** Plaintiff to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff shall file an appropriate response to this Order **by no later than March 13, 2015, at 4:00 p.m.**

**IT IS SO ORDERED.**

| | : |
|---|---|
| | Initials of Preparer rf |