# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES RIVER INSURANCE COMPANY,<br><br>  Defendant. | Case No.: 2:15-cv-01032-BRO (JPRx)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>[F.R.C.P. 41(a)] |

The Court, having reviewed the accompanying stipulation by the parties, hereby recognizes the Stipulation for Voluntary Dismissal without prejudice as binding, and hereby orders the case dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 13, 2016       By: _____
                                 Hon. Beverly Reid O'Connell
                                 United States District Judge